UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
:
Ahmed Ibrahim Abdelstar Ahmed Elsayed,                          :
:
Petitioner,                              :
:                    26-cv-4927 (LJL)
-v-                                  :
:                       ORDER
Director of ICE Detention Facility 26 Federal Plaza, New   :
York, NY 10278, et al.,                                        :
:
Respondents.                           :
X
--------------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

Respondents shall submit any motion to dismiss for lack of jurisdiction or venue by June 17, 2026.  Petitioner shall submit any opposition by June 22, and Respondents' reply to the opposition is due June 24.  The prior briefing deadlines set in the Court's June 11, 2026 Order are vacated.  The Court's order that Petitioner shall not be removed from the United States absent further order of this Court remains in place.  *See* Dkt. No. 4 at 2.

SO ORDERED.

Dated: June 15, 2026
      New York, New York                      _____
                                                  LEWIS J. LIMAN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2026